FILED IN OPEN COURT
1/3/06 KJK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|     Plaintiff, | ) | |
| v. | ) | No. 05-142M |
| DEMETRIUS BROWN, | ) | |
|     Defendant. | ) | |

FILED
JAN 3 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**MOTION FOR DETENTION HEARING**

NOW COMES the United States and moves for the pretrial detention of the defendant, pursuant to 18 U.S.C. §3142(e) and (f). In support of the motion, the United States alleges the following:

1. **Eligibility of Case**. This case is eligible for a detention order because case involves (**check all that apply**):

   _____   Crime of violence (18 U.S.C. § 3156)

   _____   Maximum sentence life imprisonment or death

   __X__   10+ year drug offense

   __X__   Felony, with two prior convictions in above categories

   __X__   Serious risk defendant will flee

   _____   Serious risk obstruction of justice

2. **Reason For Detention**. The court should detain defendant because there are no conditions of release which will reasonably assure (**check one or both**):

   __X__   Defendant's appearance as required

   __X__      Safety of any other person and the community

3. **Rebuttable Presumption**. The United States will invoke the rebuttable presumption against defendant under §3142(e). The presumption applies because **(check one or both)**:

   __X__      Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. §924(c)

   _____    Previous conviction for "eligible" offense committed while on pretrial bond

4. **Time For Detention Hearing**. The United States requests the court conduct the detention hearing,

   _____    At first appearance

   __X__      After continuance of __3__ days (not more than 3).

DATED this __3rd__ day of __January, 2006__.

COLM F. CONNOLLY
United States Attorney

BY: _/s/ Richard G. Andrews_
Richard G. Andrews
First Assistant U. S. Attorney