AO 442(Rev. 12/85) Warrant for Arrest

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

v.

DEMETRIUS BROWN

**WARRANT FOR ARREST**

CASE NUMBER: 05- 142M-MPT

To: The United States Marshal
and any Authorized United States Officer



S̶E̶A̶L̶E̶D̶  UNSEALED 1/3/06

**YOU ARE HEREBY COMMANDED** to arrest Demetrius Brown, when and as stated in the Criminal Complaint and affidavit which are incorporated herein by reference **and bring him to the nearest magistrate to answer a(n)**

___ Indictment ___ Information _X_ Complaint ___ Order of court ___ Violation Notice ___ Probation Violation Petition

**charging him with** (brief description of offense)

knowingly possessing, with intent to distribute, a controlled substance,

in violation of Title __21__ United States Code, Section (s) __841(a)(1)__

Honorable Kent A. Jordan
Name of Issuing Officer

/s/ Kent Jordan
Signature of Issuing Officer

United States District Judge
District of Delaware
Title of Issuing Officer

December 23, 2005     Wilmington, Delaware
Date and Location

Bail fixed at $ _____

by _____
Name of Judicial Officer

**FILED**
FEB 1 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at Demetrius Brown |

| DATE RECEIVED 12-23-05 | NAME AND TITLE OF ARRESTING OFFICER William Pau | SIGNATURE OF ARRESTING OFFICER /s/ William Pau |
|---|---|---|
| DATE OF ARREST 1-3-06 | | |

AO 442 (Rev. 12/85) Warrant for Arrest