IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Criminal Action No. 06- 13 - UNA |
| ) | |
| DEMETRIUS BROWN, ) | |
| ) | **REDACTED** |
| Defendant. ) | |

### INDICTMENT

The Federal Grand Jury for the District of Delaware charges that:

### Count I

On or about December 9, 2005, in Wilmington, in the District of Delaware, Demetrius Brown, defendant herein, did knowingly possess with intent to distribute more than 50 grams of a substance containing a detectable amount of cocaine base, a/k/a "crack," a schedule II narcotic controlled substance, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(A).

### Count II

On or about December 14, 2005, in Wilmington, in the State and District of Delaware, Demetrius Brown, defendant herein, did knowingly possess with intent to distribute a substance containing a detectable amount of cocaine base, a/k/a "crack," a schedule II narcotic controlled substance, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C).

TRUE BILL:

_____
Foreperson

COLM F. CONNOLLY
United States Attorney

By: _____
Richard G. Andrews
First Assistant United States Attorney

Dated:  February 7, 2006