IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| vs. | : Criminal Action No.: 06-13-UNA |
| DEMETRIUS BROWN, | : |
| Defendant. | : |

## CERTIFICATE OF SERVICE

I, John P. Deckers, counsel for Defendant, do hereby certify that on this 10th day of February, 2006, I caused the original and one (1) copy of the Defendant's **Request for Discovery pursuant to Criminal Rule 16** to be delivered by first class mail to the offices of the following attorney(s):

**Richard G. Andrews, Esquire**
Assistant U.S. Attorney
1007 N. Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE 19899-2046


JOHN P. DECKERS (# 3085)
800 N. King Street
Suite 302
Wilmington, DE 19801
(302) 656-9850
Attorney for Defendant