UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,    )
                             )
           Plaintiff,        )
                             )
                             )   CASE NO. CR 06-13 JJF
     vs.                     )
                             )
Demetrius Brown              )
                             )
           Defendant.        )

## O R D E R

The defendant, upon entering a plea of not guilty to the
Indictment on *Febru 16, 2006*    requested, through counsel,
additional time to file pretrial motions.  The Court having
considered the request,  it is **ORDERED** that the deadline for the
defendant to file pretrial motions is extended until *April 13, 2006*
The time between the date of this order and  *April 13, 2006*
shall be excludable under the Speedy Trial Act ( 18 U.S.C.3161,et
seq.).

                              Honorable Mary Pat Thynge
                              U.S. Magistrate Judge

cc: Defense Counsel
    United States Attorney