**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 06-13-JJF |
| ) | |
| DEMETRIUS BROWN, ) | |
| ) | |
| Defendant. ) | |

**MOTION FOR EXTENSION OF TIME TO FILE PRETRIAL MOTIONS**

COMES NOW, the Defendant, Demetrius Brown, by and through his counsel, John P. Deckers, Esquire, pursuant to Federal Rule of Criminal Procedure 12(c) and Local Rule 5(a)(2), and respectfully requests that this Court extend the time period for the filing of pretrial motions from April 13, 2006 until May 1, 2006. In support of his request, the Defendant more specifically asserts the following:

1. Richard G. Andrews, Esq., Assistant United States Attorney, has authorized counsel to represent that he has no objection to the requested extension of time.

2. On February 16, 2006, the Defendant appeared before the Honorable Mary Pat Thynge for arraignment on one count of possession with intent to distribute more than 50 grams of cocaine base and one count of possession with intent to distribute a substance containing a detectable amount of cocaine base. Defendant was represented by the undersigned counsel, and he entered a plea of not guilty to the charges/Indictment.

3. The Defendant requested, through counsel, additional time to file pretrial motions due to the voluminous amount of discoverable material in this case. The Court established April 13, 2006 as the date upon which all pretrial motions should be filed.

4. Upon a conscientious review of the Defendant's case files, the undersigned counsel submits that the filing of pretrial motions is both appropriate and necessary. Counsel does not believe, however, that he will be able to adequately prepare the pretrial motions on Mr. Brown's behalf on or before April 13, 2006. Counsel respectfully requests, therefore, that he be given until May 1, 2006 to file the Defendant's pretrial motions.

5. The delay in filing these pretrial motions is attributable to the following factors. Since the time of Defendant's arraignment, Counsel's time and attention have been significantly drawn to cases and responsibilities in the Superior Court of the State of Delaware and in the United States Court of Appeals For The Third Circuit (specifically, Jack Foster Outten v. Rick Kearney, et al., No. 04-9003, a habeas corpus appeal in a death penalty case).

6. The undersigned counsel is a solo criminal defense practitioner and is attempting to conscientiously balance the scheduling requirements of this Court, the daily demands of the trial courts in which he practices, and the ethical duties owed to each of counsel's clients.

7. For all of these reasons, counsel respectfully requests an enlargement of time in which to complete and file the Defendant's pretrial motions. This request is made in good faith and is not

predicated on any intent to delay. This motion is being made because of the specific needs of this case and because of counsel's ethical obligations to provide professionally appropriate representation for this client.

8. Moreover, for purposes of the Speedy Trial Act, 18 U.S.C. § 3161 et seq., the Defendant agrees that the period of time beginning on February 26, 2006 (the original due date for the filing of Defendant's pretrial motions) and ending on either May 1, 2006 (the proposed extended due date) or the actual date on which the Defendant's pretrial motions are filed, whichever comes first, should be excluded when computing the time within which the Defendant's trial must commence.

WHEREFORE, Defendant Demetrius Brown respectfully requests that he be granted an extension of time from April 13, 2006 to and including May 1, 2006 in which to file his pretrial motions.

/s/ **JOHN P. DECKERS**
John P. Deckers, Esquire (#3085)
800 N. King Street
Suite 302
Wilmington, DE 19801
(302) 656-9850
Attorney for the Defendant

DATED:   April 12, 2006

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 06-13-JJF |
| | ) | |
| DEMETRIUS BROWN, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

At Wilmington this _____ day of _____, 2006;

Upon consideration of the Defendant's unopposed Motion for Extension of Time to File Pretrial Motions;

IT IS HEREBY ORDERED that the motion is granted and the Defendant shall file all required pretrial motions on or before May 1, 2006;

MOREOVER, for purposes of the Speedy Trial Act, 18 U.S.C. § 3161 et seq., the period of time beginning on February 26, 2006 and ending on either May 1, 2006 or the actual date on which the Defendant's pretrial motions are filed, whichever comes first, shall be excluded when computing the time within which the Defendant's trial must commence.

The Court finds that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy trial.

 

_____
JOSEPH J. FARNAN, JR.
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I, John P. Deckers, counsel for the Defendant, do hereby certify that, on this  12th  day of April, 2006, that

1.  I electronically filed the attached document (**Motion for Extension of Time**) with the Clerk of the District Court using CM/ECF which will send notification of the filing to the following registered participant(s):

>RICHARD G. ANDREWS, Esquire
>First Assistant United States Attorney
>U.S. Department of Justice
>The Nemours Building
>1007 Orange Street, Suite 700
>P.O. Box 2046
>Wilmington, DE 19899-2046

2.  I caused one copy of the attached **Motion for Extension of Time** to be served via first class mail to the following person(s): Demetrius J. Brown, Salem County Correctional Facility, 125 Cemetery Road, Woodstown, NJ  08098.

>/s/ **JOHN P. DECKERS**
>John P. Deckers, Esquire (#3085)
>800 N. King Street
>Suite 302
>Wilmington, DE 19801
>(302) 656-9850
>Attorney for the Defendant

DATED:    April 12, 2006