IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 06-13-JJF |
| ) | |
| DEMETRIUS BROWN, ) | |
| ) | |
| Defendant. ) | |

ORDER

At Wilmington this __13__ day of __April__, 2006;

Upon consideration of the Defendant's unopposed Motion for Extension of Time to File Pretrial Motions;

IT IS HEREBY ORDERED that the motion is granted and the Defendant shall file all required pretrial motions on or before May 1, 2006;

MOREOVER, for purposes of the Speedy Trial Act, 18 U.S.C. § 3161 et seq., the period of time beginning on February 26, 2006 and ending on either May 1, 2006 or the actual date on which the Defendant's pretrial motions are filed, whichever comes first, shall be excluded when computing the time within which the Defendant's trial must commence.

The Court finds that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy trial.

_____
JOSEPH J. FARNAN, JR.
UNITED STATES DISTRICT JUDGE