IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 06-13 JJF |
| DEMETRUIS BROWN, | : |
| Defendants. | : |

**O R D E R**

WHEREAS, Defendant's counsel has filed Pretrial Motions (D.I. 18);

WHEREAS, the Court will hold an Evidentiary Hearing on the motions before the scheduling of trial;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1) An Evidentiary Hearing on Defendant's Pretrial Motions (D.I. 18) will be held on **Wednesday, June 7, 2006, at 10:00 a.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

3) The time between the date of this Order and June 7, 2006 shall be excludable under the Speedy Trial Act in the interests of justice (18 U.S.C. §3161 et seq.).

May 15, 2006
DATE

UNITED STATES DISTRICT JUDGE