IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 06-13-JJF |
| | ) | |
| DEMETRIUS BROWN, | ) | |
| | ) | |
| Defendant. | ) | |

## RESPONSE TO DEFENDANT'S MOTION TO SUPPRESS

1.    The Defendant has filed a motion to suppress. (D.I. 18, p. 8). In one paragraph, he seeks to suppress all evidence seized in connection with a December 9, 2005, search of an automobile on the grounds that the search and seizure "were made without probable cause and without first obtaining a search warrant." *Id.* at ¶18. The Government agrees that there was no search warrant, but does not agree there was no probable cause. At an evidentiary hearing, the Government will call Wilmington Police Detective Thomas Looney, who, in essence, will testify that on December 9th, using a flashlight, he looked inside a parked car, from outside of the car, and saw seven bags of crack cocaine on the passenger front seat of the car, in plain view, as well as another bag in the back of the car. The use of the flashlight was proper. *See United States v. Rickus*, 737 F.2d 360, 366 n.3 (3d Cir. 1984). Thus, the seizure of the drugs was based upon probable cause. Since the seizure was from an automobile, no search warrant was required, and there is no basis to suppress the seized evidence.

2.    The Defendant's motion also requests suppression of evidence seized from a different automobile on December 14, 2005. D.I. 18, at ¶19. The Defendant also requests suppression of any statement he made. The Defendant, however, made no statement, instead invoking his Miranda rights. Based on discussions with defense counsel, the Defendant is not going to pursue this part of the motion, either as to the evidence seized or as to any statements.

WHEREFORE, the United States requests that the Court deny the suppression motion as to paragraph 18, and deny as moot the suppression motion as to paragraph 19.

COLM F. CONNOLLY
United States Attorney

By: Richard G. Andrews
First Assistant United States Attorney

Dated: June 2, 2006

## CERTIFICATE OF SERVICE

I, Theresa A. Jordan, an employee with the United States Attorney's Office, hereby certify that

on June 2, 2006, I electronically filed the foregoing:

### RESPONSE TO DEFENDANT'S MOTION TO SUPPRESS

with the Clerk of the Court using the CM/ECF which will send notification of such filing to:

> John P. Deckers, Esquire
> 800 North King Street
> Suite 302
> Wilmington, DE 19801

_Theresa A. Jordan_