# JOHN P. DECKERS, P.A.

Attorney at Law
800 N. King Street, Suite 302
Wilmington, DE 19801
(302) 656-9850 ● Fax: (302) 656-9836

June 5, 2006

The Honorable Joseph J. Farnan, Jr.
U.S. District Court for the District of Delaware
Lock Box 27
844 N. King Street
Wilmington, DE 19801

                RE:    USA v. Demetrius Brown
                         Cr. A. No. 06-13-JJF

Dear Judge Farnan:

      Please accept this letter as a joint request by the parties to postpone the motions hearing that is scheduled for Wednesday, June 7, 2006 at 10:00 a.m. Continuing discussions and negotiations by the parties, as well as the continued exchange of relevant information, may render the hearing unnecessary. While the Defendant has not specifically withdrawn his applications at this time, the parties are, nevertheless, working towards a solution that would encompass the Defendant's requests and challenges. I would like the opportunity to report back to the Court within two weeks.

      For purposes of the Speedy Trial Act, 18 U.S.C. § 3161 et seq., the Defendant agrees that the period of time encompassed by this requested postponement should be excluded when computing the time within which the Defendant's trial must commence.

      Otherwise, I will be happy to make myself available to address any of the Court's specific questions or concerns. We appreciate the Court's consideration.

                                      Respectfully Submitted,

                                      *//s// John P. Deckers*

                                      John P. Deckers

xc.    Demetrius Brown
        Richard G. Andrews, Esquire

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 06-13-JJF |
| ) | |
| DEMETRIUS BROWN, ) | |
| ) | |
| Defendant. ) | |

<u>ORDER</u>

At Wilmington this _____ day of _____, 2006;

Upon consideration of the parties' joint request for a two-week postponement of the Defendant's Pretrial Motions Hearing;

IT IS HEREBY ORDERED that the request is granted and the June 7, 2006 motions hearing is postponed until further request of the parties and/or notice by the Court;

MOREOVER, for purposes of the Speedy Trial Act, 18 U.S.C. § 3161 et seq., the period of time encompassed by the postponement shall be excluded when computing the time within which the Defendant's trial must commence.

The Court finds that the ends of justice served by postponing the motions hearing outweighs the best interests of the public and the defendant in a speedy trial.

_____
JOSEPH J. FARNAN, JR.
UNITED STATES DISTRICT JUDGE