IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 06-13-JJF |
| ) | |
| DEMETRIUS BROWN, ) | |
| ) | |
| Defendant. ) | |

ORDER

At Wilmington this ___5___ day of ___June___, 2006;

Upon consideration of the parties' joint request for a two-week postponement of the Defendant's Pretrial Motions Hearing;

IT IS HEREBY ORDERED that the request is granted and the June 7, 2006 motions hearing is postponed until further request of the parties and/or notice by the Court;

MOREOVER, for purposes of the Speedy Trial Act, 18 U.S.C. § 3161 et seq., the period of time encompassed by the postponement shall be excluded when computing the time within which the Defendant's trial must commence.

The Court finds that the ends of justice served by postponing the motions hearing outweighs the best interests of the public and the defendant in a speedy trial.

_____
JOSEPH J. FARNAN, JR.
UNITED STATES DISTRICT JUDGE