# JOHN P. DECKERS, P.A.

Attorney at Law
800 N. King Street, Suite 302
Wilmington, DE  19801
(302) 656-9850 ● Fax:  (302) 656-9836

July 11, 2006

The Honorable Joseph J. Farnan, Jr.
U.S. District Court for the District of Delaware
Lock Box 27
844 N. King Street
Wilmington, DE 19801

RE:    USA v. Demetrius Brown
Cr. A. No. 06-13-JJF

Dear Judge Farnan:

Please accept this letter as a brief update on the status of discussions in this case. The parties have engaged in productive talks, and have continued to exchange relevant information.  At this point, however, the defendant and the government are patiently awaiting necessary input from third parties.  We will endeavor to finalize these negotiations in a reasonable manner.  At that time, we will promptly report to the Court whether the previously scheduled hearing remains necessary.

We appreciate the Court's consideration.

Respectfully Submitted,

*//s// John P. Deckers*

John P. Deckers

xc.    Demetrius Brown
       Richard G. Andrews, Esquire