# JOHN P. DECKERS, P.A.

Attorney at Law
800 N. King Street, Suite 302
Wilmington, DE 19801
(302) 656-9850 ● Fax: (302) 656-9836

August 7, 2006

The Honorable Joseph J. Farnan, Jr.
U.S. District Court for the District of Delaware
Lock Box 27
844 N. King Street
Wilmington, DE 19801

RE:    <u>USA v. Demetrius Brown</u>
Cr. A. No. 06-13-JJF

Dear Judge Farnan:

    Please accept this letter as a brief update on the status of discussions in this case. Mr. Brown has rejected the government's proposed plea agreement as it is currently drafted. By separate correspondence to Mr. Andrews today, I have identified the remaining issues in contention and I have suggested a potential resolution. I understand, however, that Mr. Andrews is out of the office until Tuesday, August 15, 2006. It is my intention to speak with Mr. Andrews upon his return to see if an appropriate compromise may be reached.

    We appreciate the Court's consideration.

Respectfully Submitted,

*//s// John P. Deckers*

John P. Deckers

xc.    Demetrius Brown
Richard G. Andrews, Esquire