IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,          :
                                   :
    Plaintiff,                     :
                                   :
v.                                 :    Criminal Action No. 06-13 JJF
                                   :
DEMETRUIS BROWN,                   :
                                   :
    Defendants.                    :

**O R D E R**

WHEREAS, Defendant's counsel has filed Pretrial Motions (D.I. 18);

WHEREAS, the Court granted parties additional time to attempt to resolve the pending motions (D.I. 23);

WHEREAS, on August 7, 2006, Defendant's counsel, by letter, notified the Court of the status of negotiations (D.I. 25);

WHEREAS, thirty days has past since the last status report;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1) Counsel shall notify the Court in writing, by **September 18, 2006,** whether an Evidentiary Hearing will be necessary on Defendant's Pretrial Motions.

2) The time between the date of this Order and September 18, 2006 shall be excludable under the Speedy Trial Act in the interests of justice (18 U.S.C. §3161 et seq.).

September 14, 2006
DATE

UNITED STATES DISTRICT JUDGE

FILED
SEP 1 4 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE