

**U.S. Department of Justice**

*United States Attorney's Office*
*District of Delaware*

---

Nemours Building
1007 Orange Street, Suite 7100
P.O. Box 2046
Wilmington, Delaware 19899-2046

(302) 573-6277
FAX (302) 573-6220

September 18, 2006

Honorable Joseph J. Farnan, Jr.
United States District Court
J. Caleb Boggs Federal Building
844 King Street
Wilmington, Delaware  19801

    Re:  **United States v. Demetrius Brown**
         **Criminal Action No. 06-13-JJF**

Dear Judge Farnan:

      The parties received the Court's Order this morning directing the parties to notify whether an evidentiary hearing will be necessary on Defendant's pretrial motions.

      John Deckers and I spoke today. Mr. Deckers stated that I could represent that he would be formally withdrawing the pending Motion to Suppress Evidence.[1] That was the only pending motion that would have required an evidentiary hearing. Mr. Deckers further stated that he would respectfully request to be heard by the Court on two of his other pending motions, a Motion to Disclose Information Regarding the Confidential Informant, and the Motion to Sever Counts. The Government previously responded (D.I. 20) to the first of those, but not to the second. The Government intends to file a response to the Motion to Sever Counts within ten days of the date of this letter.[2]

---

    [1] The Defendant filed one document (D.I. 18) captioned "Pre-Trial Motions" that contained five separate motions.

    [2] Of the other two pretrial motions, one ("Motion Pursuant to Federal Rule of Criminal Procedure 26.2") appears to be moot, since it requested statements of suppression hearing witnesses, and there are now not going to be any such witnesses. As to the other ("Motion Pursuant to Federal Rule of Criminal Procedure 12(d)(2)"), the parties will confer and either advise the Court that no action by the Court is required, or that the Government will file a response to the motion within ten days.

Honorable Joseph J. Farnan, Jr.
September 18, 2006
Page 2

Re: Demetrius Brown

---

      The parties are available at the Court's convenience should there be any questions or issues about the contents of this letter.

                                                        Respectfully submitted,

                                                        COLM F. CONNOLLY
                                                        United States Attorney

                                                        By: /s/ Richard G. Andrews
                                                        Richard G. Andrews
                                                        First Assistant United States Attorney

cc:   John P. Deckers, Esquire
       Clerk, U.S. District Court