

**U.S. Department of Justice**

*United States Attorney's Office*
*District of Delaware*

Nemours Building                         (302) 573-6277
1007 Orange Street, Suite 7100           FAX (302) 573-6220
P.O. Box 2046
Wilmington, Delaware 19899-2046

September 29, 2006

Honorable Joseph J. Farnan, Jr.
United States District Court
J. Caleb Boggs Federal Building
844 King Street
Wilmington, Delaware  19801

    Re:  **United States v. Demetrius Brown**
          **Criminal Action No. 06-13-JJF**

Dear Judge Farnan:

      In regard to the Defendant's Motion Pursuant to Federal Rule of Criminal Procedure 12(d)(2) (D.I. 18, pp. 8-9), the parties have conferred, and agree that there is no need for the Court to issue any ruling in regard to the Motion. The United States Attorney has represented that it has provided all the discovery (and Brady) information it has, and that should it obtain any more (and it does expect to receive DMV records relating to the ownership of a car), that information will be promptly provided to the Defendant.

                              Respectfully submitted,

                              COLM F. CONNOLLY
                            United States Attorney

                         By: */s/ Richard G. Andrews*
                            Richard G. Andrews
                            First Assistant United States Attorney

cc:  John P. Deckers, Esquire
      Clerk, U.S. District Court