U.S. Department of Justice
Demetrius Brown #338748
H.R.Y.C.I
1301 E. 12th St
Wilm, DE 19809

FILED
JAN - 3 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

December

Honorable Joseph J. Farnan, Jr.
United States District Court
J. Caleb Boggs Federal Building
844 King Street
Wilm, DE 19801

Re: United States V. Demetrius J. Brown
    Criminal Action No. 06-13-JJF

Dear Judge Farnan:

Enclosed is a copy of my Motion To Dismiss that I'm filing in the United States District Court.

I just rejected a Plea deal that was offered to me on December 22nd 2006 by my Attorney to Plea guilty to Count two and dismiss Count one only if you agree to sentence me to ten years. Count two doesn't even trigger the min. mandatory, so how does it carry ten years? Plus I don't know anything about Count One drugs or car.

Very Truely Yours,