# JOHN P. DECKERS, P.A.

Attorney at Law
800 N. King Street, Suite 302
Wilmington, DE 19801
(302) 656-9850 ● Fax: (302) 656-9836

January 16, 2007

The Honorable Joseph J. Farnan, Jr.
U.S. District Court for the District of Delaware
Lock Box 27
844 N. King Street
Wilmington, DE 19801

                RE:    **USA v. Demetrius Brown**
                        **Cr. A. No. 06-13-JJF**

Dear Judge Farnan:

      Please accept this letter as a brief update on the status of discussions in this case. On Friday, January 11, 2007, Mr. Brown rejected the government's most recently proposed plea agreement. By separate correspondence to Mr. Andrews, I indicated that it appears that we are unable to resolve the case by agreement. We must, therefore, request that this matter be scheduled for a trial.

      Also, as the Court may recall, there are a number of issues now pending before the Court: on May 2, 2006, the Defendant filed pretrial motions including motions to sever Counts I and II, a motion to disclose information regarding the identity of the confidential informant, a motion to suppress evidence, and two specific discovery requests. The government has responded to these applications. It appears that the government has adequately addressed the two discovery issues, and the government correctly advised the Court in prior correspondence that I am withdrawing the motion to suppress evidence. We respectfully request a hearing on the remaining issues.

      Finally, I understand that this case has now been transferred from Mr. Andrews to AUSA Ilana Eisenstein. We appreciate the Court's consideration.

                                                          Respectfully Submitted,

                                                           John P. Deckers

xc:    Demetrius Brown
       Ilana Eisenstein, Esquire