IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Cr. A. No. 06-13-JJF |
| DEMETRIUS BROWN, | : |
| Defendant. | : |

### SUBSTITUTION OF COUNSEL

Please withdraw the appearance of Assistant United States Attorney Richard Andrews and enter the appearance of Assistant United States Attorney Ilana H. Eisenstein as counsel of record for the government in the above-captioned case. Please be advised that Richard Andrews no longer has responsibility for this case and all notices of action taken in connection with this matter should be directed to Assistant United States Attorney Ilana H. Eistenstein.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

By:   /s/Ilana H. Eisenstein
      Ilana H. Eisenstein
      Assistant United States Attorney

Dated: January 18, 2007

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Act. No. 06-13-JJF |
| ) | |
| DEMETRIUS BROWN ) | |
| ) | |
| Defendant. ) | |

## CERTIFICATE OF SERVICE

I, Jennifer Brown, an employee in the Office of the United States Attorney, hereby certify under penalty of perjury that on January 18, 2007, I electronically filed:

## SUBSTITUTION OF COUNSEL

with the Clerk of Court using CM/ECF. Said document is available for viewing and downloading from CM/ECF, which will send notification of such filing(s) to the following:

John P. Deckers, Esquire
800 N. King Street, Suite 302
Wilmington, DE 19801

/s/Jennifer Brown
Jennifer Brown