IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 06-13 JJF |
| DEMETRIUS BROWN, | : |
| Defendants. | : |

**O R D E R**

WHEREAS, Defendant, Demetrius Brown has filed a Motion to Dismiss on Speedy Trial Grounds (D.I. 32)

WHEREAS, after being granted an extension of time to file, counsel for Defendant filed several Pretrial Motions (D.I. 18), one of which remains pending;

WHEREAS, the Speedy Trial Act's 70-day period is tolled during the pendency of such extensions and motions;

NOW THEREFORE, IT IS HEREBY ORDERED that Defendant's Motion to Dismiss on Speedy Trial Grounds (D.I. 32) is **DENIED**.

January 26, 2007
DATE

UNITED STATES DISTRICT JUDGE



FILED
JAN 26 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE