IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 06-13 JJF |
| DEMETRIUS BROWN, | : |
| Defendants. | : |

**O R D E R**

WHEREAS, the pretrial motions have been resolved;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. A pretrial conference pursuant to Federal Rule of Criminal Procedure 17.1 will be held on **Thursday, February 15, 2007 at 1:00 p.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington. Counsel shall be prepared to discuss the scheduling of trial and other matters that will promote the fair and expeditious trial of this matter.

2. The time between the date of this Order and February 15, 2007, shall be excludable under the Speedy Trial Act (18 U.S.C. §3161 et seq.) in the interests of justice.

January 30, 2007
DATE

_____
UNITED STATES DISTRICT JUDGE

FILED
JAN 30 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE