IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 06-13-JJF |
| DEMETRIUS BROWN, | : |
| Defendant. | : |

**O R D E R**

    WHEREAS, Defendant, through his counsel, filed a Motion To Sever Counts (D.I. 18 at 3-5), requesting the Court to sever the two counts of the Indictment pursuant to Federal Rules of Criminal Procedure 8 and 14, because they relate to two separate alleged criminal acts and the jury may be improperly influenced by the impact of evidence from one count on another count;

    WHEREAS, the Government has filed a response opposing the Motion and contending that the two counts are properly charged together, because the evidence related to one count is admissible to prove the other count;

    WHEREAS, the decision to sever charges lies within the discretion of the Court, see e.g., U.S. v. Pedroni, 45 Fed. Appx. 103 (3d Cir. 2002); U.S. v. Reicherter, 647 F.2d 397, 400 (3d Cir. 1981), and the Court concludes that severance is appropriate here to prevent any confusion by the jury which may result from the divergent evidence on each count;

FILED
JAN 30 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

NOW THEREFORE, IT IS HEREBY ORDERED that Defendant's Motion To Sever (D.I. 18 at 3-5) is **GRANTED**.

                                             _____
                                             UNITED STATES DISTRICT JUDGE
                                             1/30/07