IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 06-13 JJF |
| | : | |
| DEMETRIUS BROWN, | : | |
| | : | |
| Defendants. | : | |

### O R D E R

WHEREAS, on February 15, 2007 a Scheduling Conference was held;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1) Trial will commence on **Tuesday, April 24, 2007 at 9:30 a.m.**, in Courtroom 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

2) The parties shall submit to the Court Jointly Proposed Jury Instructions, along with a copy on disc in WordPerfect format, no later than **8:30 a.m. on Tuesday, April 24, 2007**.

3) Any Proposed Special Voir Dire Questions shall be filed by **Monday, April 23, 2007.**

4) Motions in limine shall be filed so as to be addressed before commencement of trial.

FILED
FEB 16 2007
U.S. DISTRICT COURT

5) The time between February 15, 2007 and April 24, 2007 shall be excludable under the Speedy Trial Act in the interests of justice (18 U.S.C. §3161 et seq.).

February 16, 2007
DATE

/s/ Joseph J. Farnan, Jr.
UNITED STATES DISTRICT JUDGE