# JOHN P. DECKERS, P.A.

Attorney at Law
800 N. King Street, Suite 302
Wilmington, DE 19801
(302) 656-9850 ● Fax: (302) 656-9836

March 21, 2007

The Honorable Joseph J. Farnan, Jr.
U.S. District Court for the District of Delaware
Lock Box 27
844 N. King Street
Wilmington, DE 19801

                RE:    **USA v. Demetrius Brown**
                          Cr. A. No. 06-13-JJF

Dear Judge Farnan:

      Please accept this letter as a brief update on the status of discussions in this case. On January 30, 2007, the Court granted Mr. Brown's Motion to Sever the two counts of the Indictment. The government elected to try Count II first and, on February 15, 2007, the Court Ordered that the trial would begin on April 24, 2007.

      Since the February pretrial conference, the parties have unsuccessfully explored options to resolve the matter by way of a plea agreement. Mr. Brown, however, asks the Court to schedule a Change of Plea Hearing, at which time, Mr. Brown has advised that he will plead guilty to Count II. There are no sentencing agreements between the government and Mr. Brown. The parties will, however, ask the Court to stay the trial of Count I until Mr. Brown has been sentenced on Count II. Moreover, as the Court may have gleaned from the litigation thus far, we are firmly entrenched in our position that the Count I allegations are without merit. We will, therefore, respectfully request that the Court reserve time for an evidentiary hearing on the issue of whether those allegations should be considered "relevant conduct" for the purpose of a sentencing enhancement.

      At the time of the change of plea, the parties will be happy to address the manner in which the Court wishes to proceed with the requested evidentiary hearing. Finally, I understand that this case has now been transferred from AUSA Ilana Eisenstein to AUSA Robert Kravetz. We appreciate the Court's consideration.

                                                                  Respectfully Submitted,

                                                                    John P. Deckers

xc.    Demetrius Brown
        Robert Kravetz, Esquire