IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 06-13 JJF |
| DEMETRIUS BROWN, | : |
| Defendants. | : |

<u>O R D E R</u>

WHEREAS, the Court has been advised that Defendant will plead to Count Two of the Indictment (D.I. 39);

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. A Rule 11 hearing will be held on **Tuesday, April 3, 2007, at 1:00 p.m.,** in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

2. The time between the date of this Order and April 3, 2007 shall be excludable under the Speedy Trial Act in the interests of justice (18 U.S.C. §3161 <u>et seq</u>.)

<u>March 27, 2007</u>        /s/ Joseph J. Farnan, Jr.
DATE                UNITED STATES DISTRICT JUDGE



FILED
MAR 27 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE