IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 06-13-JJF |
| | ) | |
| DEMETRIUS BROWN, | ) | |
| | ) | |
| Defendant. | ) | |

### SECTION 851 INFORMATION

NOW COMES the United States, pursuant to 21 U.S.C. § 851, and states that the Defendant, Demetrius Brown, has a previous conviction for a felony drug offense as defined by 21 U.S.C. § 802(44), to wit, "Use of a Dwelling for Keeping Controlled Substances," in violation of Title 16, Del. Code, Section 4755(a)(5), and that the conviction occurred in the Superior Court for the State of Delaware in and for New Castle County, in a case captioned, *State of Delaware v. Demetrius Brown*, Criminal No. 02-12-1509, and that sentence was imposed on March 4, 2003.

                                  COLM F. CONNOLLY
                                  United States Attorney

                           BY:  /s/ Robert F. Kravetz
                                Robert F. Kravetz
                                Assistant United States Attorney
                                Nemours Building, Suite 700
                                1007 Orange Street
                                P.O. Box 2046
                                Wilmington, DE 19899-2046
                                302-573-6277, x133

Dated: April 3, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 06-13-JJF |
| ) | |
| DEMETRIUS BROWN, ) | |
| ) | |
| Defendant. ) | |

**CERTIFICATE OF SERVICE**

I, Robert F. Kravetz, Assistant United States Attorney for the District of Delaware, hereby certify that on April 3, 2007, I caused to be filed electronically a **Section 851 Information** with the Clerk of the Court. I further certify that a copy of the foregoing was sent via U.S. mail to counsel of record as follows:

John P. Deckers, Esq
800 N. King St., Suite 302
Wilmington, DE 19801

/s/ Robert F. Kravetz
Robert F. Kravetz
Assistant United States Attorney