IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 06-13 JJF |
| DEMETRIUS BROWN, | : |
| Defendants. | : |

### O R D E R

WHEREAS, Defendant has pled guilty to Count Two of the Indictment pending against him;

WHEREAS, an Evidentiary Hearing will be necessary prior to Sentencing;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. A Hearing will be held on **Wednesday, June 13, 2007, at 10:00 a.m.,** in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

2. Sentencing will be held on **Thursday, September 6, 2007, at 1:30 p.m.,** in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

April 20, 2007
DATE

_____
UNITED STATES DISTRICT JUDGE