AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF   DELAWARE

**EXHIBIT AND WITNESS LIST**

USA   v.   Brown

Case Number:   CR 06-13-JJF

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Joseph J. Farnan, Jr. | Robert Kravetz, Esq. USAO | John Deckers, Esq. |
| TRIAL DATE(S) 6/13/07 | COURT REPORTER Carol-Hawkins | COURTROOM DEPUTY Sarah |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 6/13 | | | ~~For~~ Detective Thomas Looney |
| 2 | | 6/13 | | | Rashawn Baul |
| | 1 | 6/13 | | | Demetrius Brown |
| Joint 1 | | 6/13 | 6/13 | 6/13 | Stipulation re DEA Lab Report (Marked as Ex 5) |
| Joint 1A | | 6/13 | 6/13 | 6/13 | DEA Lab Report |
| 1 | | 6/13 | 6/13 | 6/13 | Map of NE Wilmington |
| 2 | | 6/13 | 6/13 | 6/13 | Photo of rear Chevy Lumina |
| 3 | | 6/13 | 6/13 | 6/13 | Photo of front seat in Chevy Lumina |
| 4 | | 6/13 | 6/13 | 6/13 | Photo of pouch seat in Chevy Lumina |
| 5 | | 6/13 | 6/13 | 6/13 | Photo of Pirex Pot |
| 6 | | 6/13 | 6/13 | 6/13 | Photo of 6X N-209 |
| 7 | | 6/13 | 6/13 | 6/13 | Photo of 6X 62 + 63 |
| 8 | | 6/13 | 6/13 | 6/13 | Photo of WPD photo line-up |
| 9 | | 6/13 | 6/13 | 6/13 | "   "   "   "   " |
| 10 | | 6/13 | 6/13 | 6/13 | plastic scale |
| 11 | | 6/13 | 6/13 | 6/13 | Goodwill receipt |
| 12 | | 6/13 | 6/13 | 6/13 | Temporary registration |
| 13 | | 6/13 | 6/13 | 6/13 | Goodwill vehicle bill of sale |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages