Demetrius J. Brown 338/48
H.R.Y.C.I
1301 E. 12th st
Wilm, DE 19809

RECEIVED

OCT 2 2007

Oct 1, 2007

The Honorable Joseph J. Farnan, Jr
U.S. District Court for the District of Delaware
Lock Box 27
844 N. King St.
Wilm, DE 19801

Re: USA v. Demetrius J. Brown
Cr. A. No. 06-13-JJF

Dear Judge Farnan:

Please accept this letter as a brief update on the status of discussions in this case with me and my attorney John P. Deckers. Since June 13th 2007 I have repeatedly requested by letters in the mail and also by phone through my relatives that I would like a copy of my "evidentary transcripts". Mr. Deckers have ignored my request and complaints and by result of that I haven't recieved anything on this matter. I humbly ask that I recieve a copy of my "Evidentary Transcript."

Respectfully Submitted,
Demetrius Brown