RE: U.S.A v. Demetrius Brown
    Cr. A. No. 06-13-JJF

To whom it may concern:

I'm writing requesting that I recieve my Transcript from my "Evidentary Hearing". I wrote and requested it through my Attorney but some reason he hasn't responded to any of my request. I hope that someone in this office can assist me in this matter. The "Evidentary Hearing" took place in The Honorable Judge Joseph J. Farnan, Jr. courtroom on June 13th 2007 at 10:00am. I thank you and appreciate your consideration.

Respectfully Submitted
Demetrius Brown
Demetrius J. Brown


RECEIVED
OCT 10 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE



Demetrius Brown #338748
(Saleem Hassan)
1301 E. 12th St.
Wilm, DE 19809

Office of the Clerk
United States District Court
844 N. King St., Lockbox 18
Wilm, DE 19801-3570

WILMINGTON DE 197
09 OCT 2007 PM 1 L
USA 41