OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| Peter T. Dalleo<br>CLERK OF COURT | LOCKBOX 18<br>844 KING STREET<br>U.S. COURTHOUSE<br>WILMINGTON, DELAWARE 19801<br>(302) 573-6170 |

October 11, 2007

TO:
    Demetrius Brown
    SBI # 338748
    HYCI

    **RE:** *Copy of Transcript, CR 06-13 JJF*

Dear Mr. Brown:

    Per your request, your copy order has been completed and is enclosed.

    Please be advised that in accordance with the directive from the Judicial Conference of the United States the fee for copywork is fifty ($.50) cents per page. **Should you require copywork in the future**, please be aware of this fee requirement. Prepayment should be sent with your request, check or money order payable to Clerk, U.S. District Court.

    Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                        Sincerely,

/rc                                           PETER T. DALLEO
                                                  CLERK

cc: The Honorable Joseph J. Farnan, Jr.,

Enc. Transcript DI# 46