## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Criminal Action No. 06-13-JJF |
| | ) | |
| DEMETRIUS BROWN, | ) | |
| | ) | |
| Defendant. | ) | |

### JOINT MOTION TO SET BRIEFING SCHEDULE

NOW COMES the defendant Demetrius Brown, by and through his attorney, John P. Deckers, Esq., and the United States of America, by and through its attorney, Colm F. Connolly, United States Attorney, and Robert F. Kravetz, Assistant United States Attorney, and jointly requests the Court to set a briefing schedule in the above-captioned matter. In support of this motion, the parties submit as follows:

1.    On Wednesday, June 13, 2007, this Court held an evidentiary hearing to resolve a dispute between the parties regarding defendant Demetrius Brown's applicable advisory Sentencing Guidelines range.

2.    An open legal issue at that hearing was the proper burden of proof for the Court to employ in making the factual findings that would be relevant to the defendant's applicable guidelines range. At the conclusion of the hearing, the Court indicated that it would stay the briefing schedule on disputed factual and legal issues pending the United States Court of Appeals for the Third Circuit's decision in the pending case of United States v. Fisher, CA No. 06-1795.

3.    On September 10, 2007, the Court of Appeals filed a published opinion in Fisher.

See United States v. Fisher, - - F.3d - -, 2007 WL 2580632 (3d Cir. Sept. 10, 2007).  The

Delaware Federal Public Defender's Office, which is representing Mr. Fisher, indicated to the

parties on October 11, 2007, that it was not going to file a petition for rehearing *en banc*.  Thus,

appellate litigation in the Third Circuit has concluded.  The Federal Public Defender is likely to

file a petition for writ of certiorari in the United States Supreme Court, but the Supreme Court is

not required to grant certiorari and accept the appeal.

      4.     Accordingly, the parties request the Court to set a post-evidentiary hearing

briefing schedule, in which the parties will file proposed findings of fact and conclusions of law

on or before November 21, 2007.

Respectfully submitted,

/s/ John P. Deckers
John P. Deckers, Esq.
800 North King Street
Suite 302
Wilmington, DE 19801

/s/ Robert F. Kravetz
Robert F. Kravetz, Esq.
Assistant United States Attorney
District of Delaware
Nemours Building
1007 Orange Street, Suite 700
Wilmington, DE 19899

Dated: October 11, 2007

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Criminal Action No. 06-13-JJF |
| | ) | |
| DEMETRIUS BROWN, | ) | |
| | ) | |
| Defendant. | ) | |

## <u>ORDER</u>

Having considered the parties' Joint Motion to Set Briefing Schedule, **IT IS HEREBY**

**ORDERED** this _____ day of _____ 2007, that the motion is

**GRANTED**.

The parties shall have on or before **<u>November 21, 2007</u>** to file its post-evidentiary hearing

findings of fact and conclusions of law.

_____
Honorable Joseph J. Farnan, Jr.
United States District Judge

3