IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Criminal Action No. 06-13-JJF |
| | ) | |
| DEMETRIUS BROWN, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

Having considered the parties' Joint Motion to Set Briefing Schedule, **IT IS HEREBY ORDERED** this ___30___ day of ___October___ 2007, that the motion is **GRANTED**.

The parties shall have on or before **November 21, 2007** to file its post-evidentiary hearing findings of fact and conclusions of law.

_____
Honorable Joseph J. Farnan, Jr.
United States District Judge



FILED
OCT 30 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

3