RECEIVED
NOV 27 2007

Dear Mr. Joseph J. Farnan,

Hi sir, this is Demetrius J. Brown 06-13-JJF I'm writing because I've been incarcerated for two years and I just recently had a evidentary hearing June 13, 2007 for a "relavan conduct". I'm still waiting for a decision from that hearing. My reason for writing this letter is because recently Congress and U.S. Supreme Court ruled on changing a twenty-year "Crack" law that was overdue. I had a two indictmen case, one case I pled guilty to four grams of "crack", the other was dropped for a "relevant conduct". Being as though the new law was passed the sentencing guideline should have changed also. I remember hearing that my minumum was six and a half years, being as though everything changed what is it now? If my minimum drops down to twenty-four months is it possible that I can go home on bail/ home-confinement until a decision is reache on count one regarding the the "relevan

conduct" because like I mentioned earlier in this letter I've already been incarcerated since December 30th 2005. I have no clue on when a decision will be reached as far as the "relevant conduct" on count one, but I would like to have a chance on being back with my family and appreciating them more than I was before I got into this crisis. I hope to hear from you real soon.

Respectfully Submitt

Demetrius Brown  
Demetrius Brown

P.s. Happy Holidays and I hope that I didn't disturb you!

Demetrius J. Brown #338748
H.R.Y.C.I
1301 E. 12th St.
Wilm, DE 19809



WILMINGTON DE 19
23 NOV 2007 PM 1
USA 41



U.S.M.S X-RAY

The Honorable Joseph J. Farnan, Jr.
U.S. District Court for the District of Delaware
Lock Box 27
844 N. King St.
Wilm, DE 19801