# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

CHAMBERS OF  
JOSEPH J. FARNAN, JR.  
JUDGE

LOCKBOX 27  
844 KING STREET  
U.S. COURTHOUSE  
WILMINGTON, DELAWARE 19801

December 11, 2007

Demetrius J. Brown  
#338748  
H. R. Y. C. I.  
1301 East 12th Street  
Wilmington, DE 19809

      RE:    United States v. Demetrius J. Brown  
             Criminal Action No. 06-013 JJF

Dear Mr. Brown:

        On November 27, 2007 I received your letter requesting information on the status of your case.

        As you indicated in your letter, a hearing was held on June 13, 2007 on the "relevant conduct" issue. Briefing on the issue was completed on November 21, 2007. I intend to issue a decision within the near future and shortly after that I will reschedule your sentencing hearing.

                                                  Sincerely,

                                                JOSEPH J. FARNAN, JR.

JJFjr:dk

cc:    Robert F. Kravetz, Esq., AUSA  
       John P. Deckers, Esq.  
          Clerk, U.S. District Court



FILED  
DEC 11 2007  
U.S. DISTRICT COURT  
DISTRICT OF DELAWARE