IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Criminal Action No. 06-13-JJF |
| | ) |
| DEMETRIUS BROWN, | ) |
| | ) |
| Defendant. | ) |

## MOTION AND ORDER TO DISMISS COUNT I OF THE INDICTMENT

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Robert F. Kravetz, Assistant United States Attorney for the District of Delaware, and hereby moves this Honorable Court to dismiss Count I of the Indictment returned against Defendant Demetrius Brown on February 7, 2007.

COLM F. CONNOLLY
United States Attorney

By: /s/ Robert F. Kravetz
Robert F. Kravetz
Assistant United States Attorney

Dated: May 8, 2008

SO ORDERED this \_\_8\_\_ day of May 2008.

/s/ Joseph J. Farnan
Honorable Joseph J. Farnan, Jr.
United States District Judge