CR 06-13
7-24-08

To whom it may concern: U.S. Federal Court Clerk

Hi, this is Demetrius Brown 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 and I'm writing because I'm trying to get a copy of my <u>Federal Court docket sheet</u> starting from the day that I was incarcerated.

I know that it's a policy to get anywhere from ten-cents (10¢) to forty-cents (40¢) a page but, I have one small problem and that problem is that I'm indigent with no family to do the footwork because my parents are old and dont get around as they use to.

I desperately need this <u>Criminal Docket Sheet</u> so I can know and see all the motions and/or pretrial motions that was filed on my behalf.

I humbly ask that you send this information to me, so I can complete the rest of my legal work, also I humbly ask because this was my only stamp that I have and I borrowed this from someone. I know it's not your problem but, can you help me please.

Sincerely,
Demetrius Brown

Either one → CA 05-13-JJF
              CA 05-013-JJF

R&D scanned

FILED
JUL 28 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

INMATE NAME: Demetrius Brown
REGISTER NO. 05036-015
UNITED STATES PENITENTIARY - HAZELTON
P.O. BOX 2000
BRUCETON MILLS, WEST VIRGINIA 26525

United States District of Delaware
Federal Courthouse ; Boggs
Clerks Office
704 King St.
Wilm. DE 19801